```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROL MIGLIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>     v.                           )<br>                                  )<br>CAROL MIGLIN,                     )<br>                                  )<br>            Defendant.            )<br>_____ ) | No. CR. S-05-437 FCD<br><br>**STIPULATION AND ORDER RE STATUS CONFERENCE AND TRIAL DATES**<br><br>Date:  December 12, 2005<br>Time:  9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Carol Miglin, that the dates presently scheduled for trial confirmation hearing and jury trial (December 19, 2005, and January 10, 2006) may be vacated and that the status conference scheduled for December 12, 2005, may be continued to January 17, 2006, at 9:30 a.m.

   Ms. Miglin was arraigned on November 15 and discovery provided over two weeks later.  Before the parties may schedule trial or resolve the case, the defense wishes to investigate the circumstances of the alleged offense, collect records concerning Ms. Miglin, and undertake a psychological evaluation.  The locations of the witnesses are presently

1 unknown to the defense, the government having chosen not to disclose any
2 information identifying the witnesses.
3   So that the defense will have sufficient time to investigate the
4 case and possible defenses, the parties agree that the ends of justice to
5 be served by a continuance outweigh the best interests of the public and
6 the defendant in a speedy trial and that time under the Speedy Trial Act
7 may be excluded from the date of this order through January 17, 2006,
8 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

Dated: December 8, 2005                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CAROL MIGLIN


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: December 8, 2005                 /s/ T. Zindel for M. Rodriquez
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney

# O R D E R

The trial confirmation and trial dates are vacated and the status conference is continued to January 17, 2006, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 17, 2006.

   IT IS SO ORDERED.

Dated: December 9, 2005                 /s/ Frank C. Damrell Jr.
                                        HON. FRANK C. DAMRELL
                                        United States District Judge

2