```
 1  DENNIS S. WAKS, Bar #142581
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CAROL MIGLIN
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-05-437 FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER RE STATUS** |
|  | ) **CONFERENCE AND TRIAL DATES** |
| CAROL MIGLIN, | ) |
|  | ) Date: January 17, 2006 |
| Defendant. | ) Time: 9:30 a.m. |
|  | ) Judge: Hon. Frank C. Damrell |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Carol Miglin, that the status conference scheduled for January 17, 2006, may be continued to February 13, 2006, at 9:30 a.m.

The defense has begun to investigate the circumstances of the alleged offense and to collect records concerning Ms. Miglin but has yet to undertake a psychological evaluation of Ms. Miglin. The locations of many witnesses remain unknown to the defense.

So that the defense will have sufficient time to investigate the case and possible defenses, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the

1 date of this order through February 13, 2006, pursuant to 18 U.S.C. §
2 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                              Respectfully submitted,

                                              DENNIS WAKS
Acting Federal Defender

Dated: January 12, 2006              /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CAROL MIGLIN

                                              McGREGOR SCOTT
United States Attorney

Dated: January 12, 2006              /s/ T. Zindel for M. Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 13, 2006, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through February 13, 2006.

IT IS SO ORDERED.

Dated: January 13, 2006              /s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL JR.
United States District Judge

Stip. in U.S.A. v. C. Miglin              2