DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROL MIGLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROL MIGLIN,<br><br>        Defendant.<br>_____ | No. CR. S-05-437 FCD<br><br>**STIPULATION AND ORDER RE STATUS CONFERENCE AND TRIAL DATES**<br><br>Date:  February 13, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Carol Miglin, that the status conference scheduled for February 13, 2006, may be continued to March 6, 2006, at 9:30 a.m.

    The defense continues to collect records concerning Ms. Miglin but has yet to undertake a psychological evaluation of Ms. Miglin pending receipt of additional records.  However, the parties have begun discussing a resolution of the case and it is possible the case will resolve before some of these other tasks are completed.  Nevertheless, so that the defense will have sufficient time to investigate the case and possible defenses, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial

1 | Act may be excluded from the date of this order through March 6, 2006, pursuant
2 | to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

Dated: February 9, 2006                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CAROL MIGLIN


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: February 9, 2006                 /s/ T. Zindel for M. Rodriguez
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to March 6, 2006, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 6, 2006.

IT IS SO ORDERED.

```
Dated: February 9, 2006                 /s/ Frank C. Damrell Jr.
                                        HON. FRANK C. DAMRELL JR.
                                        United States District Judge
```

Stip. in U.S.A. v. C. Miglin                          2