DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROL MIGLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> CAROL MIGLIN, </br> Defendant. | No. CR. S-05-437 FCD </br></br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** </br></br> Date: March 20, 2006 </br> Time: 9:30 a.m. </br> Judge: Hon. Frank C. Damrell |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Carol Miglin, that the status conference scheduled for March 6, 2006, may be continued to March 20, 2006, at 9:30 a.m.

   The defense continues to collect records concerning Ms. Miglin and has yet to undertake a psychological evaluation of Ms. Miglin pending receipt of those records. However, the parties have begun discussing a resolution of the case and it is possible the case will resolve before some of these other tasks are completed. Nevertheless, so that the defense will have sufficient time to investigate the case and possible defenses, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may

1 be excluded from the date of this order through March 20, 2006, pursuant to 18
2 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                         Respectfully submitted,

4                                         DANIEL J. BRODERICK
Acting Federal Defender

6 Dated: March 2, 2006                  /s/ T. Zindel
TIMOTHY ZINDEL
7                                         Assistant Federal Defender
Attorney for CAROL MIGLIN

9                                         McGREGOR SCOTT
United States Attorney

11 Dated: March 2, 2006                  /s/ T. Zindel for M. Rodriguez
MICHELLE RODRIGUEZ
12                                         Assistant U.S. Attorney

14 **O R D E R**

15     The status conference is continued to March 20, 2006, at 9:30 a.m. For the
16 reasons set forth above, the court finds that the ends of justice to be served
17 by a continuance outweigh the best interests of the public and the defendant in
18 a speedy trial and therefore excludes time under the Speedy Trial Act through
19 March 6, 2006.

20     IT IS SO ORDERED.

22 Dated: March 2, 2006                  /s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL JR.
23                                         United States District Judge

Stip. in U.S.A. v. C. Miglin         2