1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CAROL MIGLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-05-437 FCD |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) |
| CAROL MIGLIN, | ) |
| | ) Date: April 24, 2006 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Frank C. Damrell |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Carol Miglin, that the status conference scheduled for April 24, 2006, may be continued to May 15, 2006, at 9:30 a.m.

The defense continues to collect records concerning Ms. Miglin and to explore unsettled issues affecting potential resolution of the case. So that the defense will have sufficient time to complete its work, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under

/////

/////

/////

the Speedy Trial Act may be excluded from the date of this order through May 15, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Acting Federal Defender


Dated: April 20, 2006                    /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for CAROL MIGLIN


                                         McGREGOR SCOTT
                                         United States Attorney


Dated: April 20, 2006                    /s/ T. Zindel for M. Rodriguez
                                         MICHELLE RODRIGUEZ
                                         Assistant U.S. Attorney
```

## **O R D E R**

The status conference is continued to May 15, 2006, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 15, 2006.

IT IS SO ORDERED.

```
Dated: April 21, 2006                    /s/ Frank C. Damrell Jr.
                                         HON. FRANK C. DAMRELL JR.
                                         United States District Judge
```

Stip. in U.S.A. v. C. Miglin                    2