DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROL MIGLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROL MIGLIN,<br><br>        Defendant. | No. CR. S-05-437 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:  July 17, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Carol Miglin, that the status conference scheduled for July 17, 2006, may be continued to August 14, 2006, at 9:30 a.m.

    The defense continues to investigate Ms. Miglin's complicated mental health history and to investigate the underlying circumstances of the case. So that the defense will have sufficient time to complete its work, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under

/////

/////

/////

the Speedy Trial Act may be excluded from the date of this order through August 14, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated: July 14, 2006                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CAROL MIGLIN


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: July 14, 2006                    /s/ T. Zindel for M. Rodriguez
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to August 14, 2006, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 14, 2006.

IT IS SO ORDERED.

```
Dated: July 13, 2006                    /s/ Frank C. Damrell Jr.
                                        HON. FRANK C. DAMRELL JR.
                                        United States District Judge
```

Stip. in U.S.A. v. C. Miglin                    2