```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CAROL MIGLIN
 6

 7
```

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. CR. S-05-437 FCD
                                     )
12             Plaintiff,            )
                                     )  **STIPULATION AND ORDER**
13       v.                          )  **CONTINUING STATUS CONFERENCE**
                                     )
14  CAROL MIGLIN,                    )
                                     )  Date:  August 14, 2006
15             Defendant.            )  Time:  1:30 p.m.
                                     )  Judge: Hon. Frank C. Damrell Jr.
16  _____  )

17

18       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

19  America, and defendant, Carol Miglin, that the status conference scheduled for

20  August 14, 2006, may be continued to September 11, 2006, at 9:30 a.m.

21       Although the defense continues to gather information concerning Ms.

22  Miglin's mental health history, it appears likely that the case will resolve

23  with a plea.  The parties have yet to determine whether the plea will occur in

24  this district or whether to transfer the case for plea to New Jersey, where Ms.

25  Miglin resides.  So that the parties will have adequate time to resolve these

26  issues, they agree that the ends of justice to be served by a continuance

27  outweigh the best interests of the public and the defendant in a speedy trial

28  and that time under the Speedy Trial Act may be excluded from the date of this

order through September 11, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 10, 2006          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for CAROL MIGLIN


                                McGREGOR SCOTT
                                United States Attorney

Dated: August 10, 2006          /s/ T. Zindel for M. Rodriguez
                                MICHELLE RODRIGUEZ
                                Assistant U.S. Attorney


**O R D E R**

The status conference is continued to September 11, 2006, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 11, 2006.

IT IS SO ORDERED.

Dated: August 11, 2006          /s/ Frank C. Damrell Jr.
                                HON. FRANK C. DAMRELL JR.
                                United States District Judge

Stip. in U.S.A. v. C. Miglin          2