DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROL MIGLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>       v.                         )<br>                                  )<br>CAROL MIGLIN,                     )<br>                                  )<br>            Defendant.            )<br>                                  )<br>_____ ) | No. CR. S-05-437 FCD<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br><br>Date:  September 11, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Frank C. Damrell Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Carol Miglin, that the status conference scheduled for September 11, 2006, may be continued to September 18, 2006, at 9:30 a.m.

The government has submitted Rule 20 paperwork to defense counsel and to Ms. Miglin who are presently considering whether to resolve the case by pleading guilty to the single charge in the indictment in the New Jersey district where Ms. Miglin resides. Ms. Miglin has requested additional time to consult with counsel in New Jersey before deciding whether to sign the paperwork and complete the transfer process under Rule 20. The government has agreed that the status conference may be continued one week for Ms. Miglin to make her decision. Under the circumstances, the parties agree that the ends of justice to be served by

a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through September 18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
Federal Defender

Dated: September 6, 2006        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CAROL MIGLIN

                                        McGREGOR SCOTT
United States Attorney

Dated: September 6, 2006        /s/ T. Zindel for M. Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

## O R D E R

The status conference is continued to September 18, 2006, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 18, 2006.

IT IS SO ORDERED.

Dated: September 6, 2006        /s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL JR.
United States District Judge

Stip. in U.S.A. v. C. Miglin        2