```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CAROL MIGLIN
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. CR. S-05-437 FCD
                                   )
12                  Plaintiff,     )
                                   ) STIPULATION AND ORDER
13        v.                       ) CONTINUING STATUS CONFERENCE
                                   )
14  CAROL MIGLIN,                  )
                                   ) Date:  September 18, 2006
15                  Defendant.     ) Time:  9:30 a.m.
                                   ) Judge: Hon. Frank C. Damrell Jr.
16  _____  )

17
```

18     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

19 America, and defendant, Carol Miglin, that the status conference scheduled for

20 September 18, 2006, may be continued to October 16, 2006, at 9:30 a.m.

21     Ms. Miglin has signed Rule 20 paperwork agreeing to plead guilty to the

22 above indictment in federal district court in New Jersey, where she resides.

23 At this point, time is needed solely to complete the paperwork necessary to

24 transfer the case from this district to New Jersey.  Under the circumstances,

25 the parties agree that the ends of justice to be served by a further continuance

26 outweigh the best interests of the public and the defendant in a speedy trial

27 and that time under the Speedy Trial Act may be excluded from the date of this

28 order through October 16, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

(B)(iv)(Local Code T4).  The parties hope that the appropriate bureaucratic steps will all be completed in the meantime.

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated:  September 14, 2006          /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for CAROL MIGLIN

                                          McGREGOR SCOTT
                                          United States Attorney

Dated:  September 14, 2006          /s/ T. Zindel for M. Rodriguez
                                          MICHELLE RODRIGUEZ
                                          Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 16, 2006, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 16, 2006.

IT IS SO ORDERED.

Dated:  September 15, 2006          /s/ Frank C. Damrell Jr.
                                          HON. FRANK C. DAMRELL JR.
                                          United States District Judge