```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROL MIGLIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-0437 FCD |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| CAROL MIGLIN, ) | Date: October 16, 2006 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Frank C. Damrell Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Carol Miglin, that the status conference scheduled for October 16, 2006, may be continued to December 11, 2006, at 9:30 a.m.

Ms. Miglin has signed Rule 20 paperwork agreeing to plead guilty to the above indictment in district court in New Jersey, where she resides, and is likely to enter a plea within the next few weeks. Meanwhile, time is needed to effectuate the transfer by the clerk required under Rule 20. So that these tasks may be completed, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy

Trial Act may be excluded from the date of this order through December 11, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4). (The December 11 date is a control date; it is likely the transfer will be completed before that date so that the local case may be terminated.)

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  October 12, 2006                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CAROL MIGLIN


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  October 12, 2006                /s/ T. Zindel for M. Rodriquez
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to December 11, 2006, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through December 11, 2006.

IT IS SO ORDERED.

```
Dated:  October 13, 2006                /s/ Frank C. Damrell Jr.
                                        HON. FRANK C. DAMRELL JR.
                                        United States District Judge
```