```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CAROL MIGLIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR. S-05-437 FCD |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| CAROL MIGLIN, | ) |
| | ) Date:  December 5, 2006 |
| Defendant. | ) Time:  9:30 a.m. |
| | ) Judge: Hon. Frank C. Damrell |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Carol Miglin, that the status conference scheduled for December 11, 2006, may be continued to January 22, 2007, at 10:00 a.m.

The District Court in New Jersey has accepted and filed Rule 20 paperwork whereby Ms. Miglin will plead guilty in New Jersey (Northern District) to the Sacramento indictment captioned above, but the entry of plea has yet to be scheduled. To afford all counsel time to complete resolution of the case, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may

1  be excluded from the date of this order through January 22, 2007,
2  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender

7  Dated: December 5, 2006           /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for CAROL MIGLIN

10                                   McGREGOR SCOTT
                                     United States Attorney

12 Dated: December 5, 2006           /s/ T. Zindel for M. Rodriguez
                                     MICHELLE RODRIGUEZ
13                                   Assistant U.S. Attorney

15                              **O R D E R**

16     The status conference is continued to January 22, 2007, at 10:00
17 a.m.  For the reasons set forth above, the court finds that the ends of
18 justice to be served by a continuance outweigh the best interests of the
19 public and the defendant in a speedy trial and therefore excludes time
20 under the Speedy Trial Act through January 22, 2007.
21     IT IS SO ORDERED.

23 Dated: December 7, 2006

                                     _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE