DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROL MIGLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-437 FCD |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| CAROL MIGLIN, ) | |
| ) | Date:  January 22, 2007 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Carol Miglin, that the status conference scheduled for January 22 may be continued to March 26, 2007, at 10:00 a.m.

   The District Court in New Jersey has accepted and filed Rule 20 paperwork whereby Ms. Miglin will plead guilty in New Jersey (Northern District) to the Sacramento indictment captioned above. The District Judge has scheduled the plea for mid-March. For that reason, the parties in Sacramento ask to continue the status conference to March 26, 2007, agreeing also that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy

1 trial, so that time under the Speedy Trial Act may be excluded from the
2 date of this order through March 26, 2007, pursuant to 18 U.S.C. §
3 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 16, 2007        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for CAROL MIGLIN


                               McGREGOR SCOTT
                               United States Attorney

Dated: January 16, 2007        /s/ T. Zindel for M. Rodriguez
                               MICHELLE RODRIGUEZ
                               Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 26, 2007, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 26, 2007.

IT IS SO ORDERED.

Dated: January 17, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE